[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11445
Non-Argument Calendar

_____

D.C. Docket No. 2:11-cv-00400-IPJ

RODNEY DILLARD,

Plaintiff - Appellant,

versus

UNITED FOOD AND COMMERCIAL WORKERS
UNION LOCAL 1657,
UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION,
in its individual capacity and in its capacity as
Trustee of Local 1657,
FEDERATION OF AGENTS AND INTERNATIONAL
REPRESENTATIVES,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(August 17, 2012)

Before HULL, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in this matter is affirmed for the reasons set forth in the detailed and scholarly <u>Memorandum Opinion</u> of the district court, dated February 9, 2012.

**AFFIRMED.**